|  |  |
|---|---|
| **FROM:** | **INVOICE** |
| Viviana M. Gaudier Diez | |
| Real Estate Appraiser #1269EPA | |

**FROM:**
Viviana M. Gaudier Diez
Real Estate Appraiser #1269EPA
#284 Haciendas de Miramar
Cabo Rojo, PR 00623

Telephone Number: (939) 642-4960    Fax Number:

**TO:**

Nelson Valentin Perez
Las Marias, PR
,

E-Mail:
Telephone Number:    Fax Number:
Alternate Number:

# INVOICE

| INVOICE NUMBER | |
|---|---|
| 2021112 | |
| **DATES** | |
| Invoice Date: | 09/22/2021 |
| Due Date: | |
| **REFERENCE** | |
| Internal Order #: | 2021112 |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 2021112 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Lender:** | Nelson Valentin Perez | **Client:** | Nelson Valentin Perez |
| **Purchaser/Borrower:** | N/A | | |
| **Property Address:** | PR 119 Km. 52.1, Furnias Wd. | | |
| **City:** | Las Marias | | |
| **County:** | 083 | **State:** PR | **Zip:** 00670 |
| **Legal Description:** | N: Public Use Parcel; S: Remnant of Principal Lot; E: Lot 2; W: Pablo Perez Land | | |

| FEES | AMOUNT |
|---|---|
| Residential Property Appraisal | 375.00 |
| | |
| **SUBTOTAL** | **375.00** |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:   Date: 09/01/2021   Description: Full Payment | 375.00 |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| **SUBTOTAL** | **375.00** |
| **TOTAL DUE** $ | **0.00** |

Form NIV5D - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
PR 119 Km. 52.1, Furnias Wd.
Las Marias, PR 00670
N: Public Use Parcel; S: Remnant of Principal Lot; E: Lot 2; W: Pablo Perez Land

### FOR
Nelson Valentin Perez
and/or
His Legal Representative

### AS OF
September 1, 2021

### BY
Viviana M. Gaudier Diez
Real Estate Appraiser #1269EPA
#284 Haciendas de Miramar
Cabo Rojo, PR 00623
(939) 642-1960
vivianagaudier@hotmail.com

Real Estate Appraiser
#284 Haciendas de Miramar
Cabo Rojo, PR 00623
(939) 642-1960
(939) 642-1960

09/22/2021

Nelson Valentin Perez
Las Marias, PR

| | | |
|---|---|---|
| Re: Property: | PR 119 Km. 52.1, Furnias Wd. | |
| | Las Marias, PR 00670 | |
| Borrower: | N/A | |
| File No.: | 2021112 | |

Opinion of Value: $   80,000
Effective Date:     September 1, 2021

In accordance with your request, I have appraised the above referenced property.  The report of that appraisal is attached. The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, in unencumbered fee simple title of ownership. This report is based on a physical analysis of the site, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.  The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

Any Additional Services Required of Appraiser, such as, but not limited, to appear in court, at a deposition, or any type of legal proceeding (initiated by any party's attorney, or through a subpoena), a retainer will be required in advance (minimum of $750). The fee is a minimum of $250 per hour and subject to change, including all preparation time, travel time and time rendering expert witness testimony. Travel expenses may be billed separately.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

Viviana M. Gaudier Diez
Real Estate Appraiser
License or Certification #: 1269EPA
State: PR     Expires: 03/01/2024
vivianagaudier@hotmail.com

# RESIDENTIAL APPRAISAL REPORT

File No.: 2021112

## SUBJECT
- **Property Address:** PR 119 Km. 52.1, Furnias Wd.  **City:** Las Marias  **State:** PR  **Zip Code:** 00670
- **County:** 083  **Legal Description:** N: Public Use Parcel; S: Remnant of Principal Lot; E: Lot 2; W: Pablo Perez Land
- **Assessor's Parcel #:** 209-000-005-22-000
- **Tax Year:** 2020  **R.E. Taxes:** $ 0  **Special Assessments:** $ 0  **Borrower (if applicable):** N/A
- **Current Owner of Record:** Nelson Valentin Perez  **Occupant:** ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
- **Project Type:** ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) Residential Community  **HOA:** $ 0  ☐ per year ☐ per month
- **Market Area Name:** Furnias Wd.  **Map Reference:** 32420  **Census Tract:** 9598.00

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☒ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
- **Intended Use:** The intended use of this appraisal report is to know the market value of the subject property, as is, for bankruptcy purposes.
- **Intended User(s) (by name or type):** Nelson Valentin Perez and/or his legal representative
- **Client:** Nelson Valentin Perez  **Address:** Las Marias, PR
- **Appraiser:** Viviana M. Gaudier Diez  **Address:** #284 Haciendas de Miramar, Cabo Rojo, PR 00623

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE $(000) | AGE (yrs) | One-Unit | 45 % | ☒ Not Likely | |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | ☒ Owner 85 | | | 2-4 Unit | 10 % | ☐ Likely * | ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Tenant 10 | 40 Low | 5 | Multi-Unit | 0 % | * To: | |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☒ Vacant (0-5%) | 125 High | 60 | Comm'l | 5 % | | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (>5%) | 75 Pred | 35 | Vacant | 40 % | | |
| Marketing time: | ☐ Under 3 Mos. | ☐ 3-6 Mos. | ☒ Over 6 Mos. | | | | | | | |

**Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):** The subject property is located in a suburban residential neighborhood of Las Marias bounded north by PR 407, south by Maravilla Sur Wd., west by PR 108 and east by PR 120. Proximity to employment and amenities is considered average. Employment stability is considered average. Appeal to market is considered average. Market conditions in the subject region are considered stable. Property values are stable. Typical financing is available from a variety of Institutions. No buydowns or concessions are anticipated. Analysis of sales and resales of properties in the neighborhood indicates a typical marketing time is over six months.

## SITE DESCRIPTION
- **Dimensions:** None Provided  **Site Area:** 768qm
- **Zoning Classification:** NC  **Description:** Not Classified
- **Zoning Compliance:** ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ /
- Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
- **Actual Use as of Effective Date:** Residential  **Use as appraised in this report:** Residential
- **Summary of Highest & Best Use:** The subject property is improved with a residential design structure, located in a suburban residential neighborhood with similar properties. The residential use is allowed under this zoning; no changes are contemplated. Therefore, the residential use is legally permissible for residential units, since there is no other legal issues that could affect the legally permissible use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Semi Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☐ | ☒ | Private Provider | Street | Asphalted | ☒ | ☐ | Size | Average |
| Gas | ☐ | ☒ | Private Provider | Curb/Gutter | None/None | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | Public Provider | Sidewalk | None | ☐ | ☐ | Drainage | Seems Adequate |
| Sanitary Sewer | ☐ | ☒ | Septic Tank | Street Lights | Incandescent | ☒ | ☐ | View | Local/Residential |
| Storm Sewer | ☒ | ☐ | Public Provider | Alley | None | ☐ | ☐ | | |

- **Other site elements:** ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
- **FEMA Spec'l Flood Hazard Area:** ☐ Yes ☒ No  **FEMA Flood Zone:** X  **FEMA Map #:** 72000C0565H  **FEMA Map Date:** 04/19/2005
- **Site Comments:** No apparent adverse easements, encroachmentes, special assessments, slide areas, illegal or legal non conforming zoning use were noted during inspection. Subject property site is average to the neighborhood. The appraiser is not a professional surveyor. Septic tank location could not be identified as of the date of inspection. Appraiser is not an expert in flood maps or flood hazard areas.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | | Type | WH |
| # of Stories | 2 | Exterior Walls | RC/CB | Crawl Space | Yes | % Finished | | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Concrete | Basement | None | Ceiling | | | |
| Design (Style) | Tropical | Gutters & Dwnspts. | Pipe off Columns | Sump Pump ☐ None | | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Metal/Glass | Dampness ☐ None Appare | | Floor | | Central | Personal |
| Actual Age (Yrs.) | 1971 | Storm/Screens | None/Yes | Settlement | None Apparent | Outside Entry | | Other | Property |
| Effective Age (Yrs.) | 9 yrs | | | Infestation | Not Observed | | | | |

| Interior Description | | Appliances | | Attic ☒ None | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Terrazo Tiles | Refrigerator ☐ | | Stairs ☐ | | Fireplace(s) # 0 | Woodstove(s) # 0 | Garage # of cars ( 2 Tot.) | |
| Walls | RC/CB | Range/Oven ☐ | | Drop Stair ☐ | | Patio | Sides/Rear | Attach. | |
| Trim/Finish | Terrazo Tiles | Disposal ☐ | | Scuttle ☐ | | Deck | None | Detach. | |
| Bath Floor | Terrazo Tiles | Dishwasher ☐ | | Doorway ☐ | | Porch | Front | Blt.-In | |
| Bath Wainscot | Ceramic Tiles | Fan/Hood ☐ | | Floor ☐ | | Fence | None | Carport | 1 |
| Doors | Wood/Aluminum | Microwave ☐ | | Heated ☐ | | Pool | None | Driveway | 1 |
| | | Washer/Dryer ☐ | | Finished ☐ | | | | Surface | Concrete |

- **Finished area above grade contains:** 6 Rooms  3 Bedrooms  2 Bath(s)  1,155 Square Feet of Gross Living Area Above Grade
- **Additional features:** Porch, utility area, crawl space, paved area
- **Describe the condition of the property (including physical, functional and external obsolescence):** Quality of construction is average when compared to properties in the immediate neighborhood. The condition of the property is below average, it need repairs and has deferred maintenance. Utilities were connected and could be tested as of the effective date of this appraisal report. The following conditions were noticed as of the effective date of the appraisal: humidity signs in exterior and interior walls, ceiling, fallen concrete plaster from eave and utility, peeled paint in ceiling and hall closet and bedroom 3 and bedroom 2 closets has no doors; property needs interior and exterior paint. No functional or external obsolescence noticed. Physical depreciation estimated at 15%.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 2021112

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Owner/Public Record

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: A Legal Description of the subject property was supplied by the client. No information could be obtained of the prior sale or transfer history of the comparable sales from fellow appraisers or Luis Abreu Comparable Sales Data System, Tasamax, Comperia or found in the Office Files. Lastly most deeds of sale do not include information about sales concessions. |
|---|---|
| Date: N/A | |
| Price: N/A | |
| Source(s): N/A | |
| 2nd Prior Subject Sale/Transfer | |
| Date: N/A | |
| Price: N/A | |
| Source(s): N/A | |

## SALES COMPARISON APPROACH TO VALUE (if developed)
☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | PR 119 Km. 52.1, Furnias Wd. Las Marias, PR 00670 | C-9 Inmaculada Concepcion Las Marias, PR 00670 | | PR 435 Km. 0.1 Int., Lot A Calabaz San Sebastian, PR 00685 | | PR 345 Km. 8.6, Rosario Wd. Mayaguez, PR 00680 | |
| Proximity to Subject | | 1.27 miles SE | | 4.88 miles NE | | 8.36 miles SW | |
| Sale Price | $ | $ 84,000 | | $ 75,000 | | $ 104,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 87.23 /sq.ft. | | $ 66.61 /sq.ft. | | $ 72.37 /sq.ft. | |
| Data Source(s) | Public Record | Tasamax #135064 | | Tasamax #132504 | | Tasamax #130836 | |
| Verification Source(s) | Inspection | ViG Mortgage/Fellow Appraiser | | BPPR/Fellow Appraiser | | BPPR/Fellow Appraiser | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | None | None | | None | | None | |
| Concessions | None | None | | None | | None | |
| Date of Sale/Time | 09/01/2021 | 02/25/2021 | | 02/18/2021 | | 10/27/2020 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Site | 768qm | 314 sqm | -3,480 | 4222 sqm | -1,528 | 5411 sqm | -17,106 |
| View | Local/Residential | Local/Residential | | Local/Residential | | Local/Residential | |
| Design (Style) | Tropical | Tropical | | Tropical | | Tropical | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 51 yrs | 36 yrs | | 36 yrs | | 20 yrs | |
| Condition | Below Average | Average | -5,000 | Below Average | | Average | -3,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  2 | 6  3  2 | | 6  3  2.1 | | 6  3  2 | |
| Gross Living Area | 1,155 sq.ft. | 963 sq.ft. | +3,840 | 1,126 sq.ft. | | 1,437 sq.ft. | -5,640 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | WH/None | WH/None | | WH/None | | WH/None | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1cp/1dw | 1cp/1dwy | | 1cp/1dwy | | 2Alcp/1dw | +2,000 |
| Porch/Patio/Deck | Pch/Ldy/Util/PA | Pch/Ldy/OpTrrc | +1,000 | Pch/Ldy/Util/PA | | Porch | +3,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -3,640 | ☐ + ☒ - | $ -1,528 | ☐ + ☒ - | $ -20,746 |
| Adjusted Sale Price of Comparables | | | $ 80,360 | | $ 73,472 | | $ 83,254 |

Summary of Sales Comparison Approach  Comparable sales range from **$73,472** to **$83,254** after adjustments. Subject site adjusted in subject at **$20/sqmt**; **CS#1@$60/sqmt**, **CS#2@$4/sqmt** and **CS#3@$6/sqmt**. Market participants does not recognize difference in age. As indicated at sales data system, some sales are in slightly superior condition to the subject, therefore sales adjusted properly. GLA difference adjusted at **$20/sqft**. Other adjustments considered at respective contributory values for differences. Due to lack of comparable sales at the subject immediate neighborhood it's necessary to use comparable sales from other neighborhoods with similar characteristics, but over one mile distance.

The aforementioned comparable sales are the most recent and similar sales found through this research. The market value at the effective date of the appraisal for the subject is **$80,000**, rounded, based on CS#1, the most recent comparable sales found in the market area.

Indicated Value by Sales Comparison Approach $ 80,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 2021112

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): Sites value was estimated from analysis of vacant lot, the extraction technique of similar properties in the neighborhood or similar neighborhood. Cost is developed with local sources and Marshall Swift Cost Handbook.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data: Local contractor builders and developers/M&S
Quality rating from cost service: Fair   Effective date of cost data: 6/19

Comments on Cost Approach (gross living area calculations, depreciation, etc.):
The replacement cost new was estimated with the help of the Marshall Valuation Service Residential Cost Handbook (Section A, Spec-9) and local costs provided by local contractors and developers. The physical depreciation was based on the age/life method and by the observed conditions of the subject improvements. For property dimensions and area calculations see sketch addenda. Physical depreciation: 15% (9/60 years).

| Item | Sq.Ft. | @ $ | = $ |
|---|---|---|---|
| OPINION OF SITE VALUE | | | 15,360 |
| DWELLING | 1,155 | 85.00 | 98,175 |
| Porch | 85 | 25.00 | 2,125 |
| Laundry | 163 | 12.00 | 1,956 |
| Utility | 1,066 | 5.00 | 5,330 |
| | | | |
| Garage/Carport | 253 | 20.00 | 5,060 |
| Total Estimate of Cost-New | | | 112,646 |

Less  Physical 16,897  Functional  External
Depreciation = $( 16,897 )
Depreciated Cost of Improvements = $ 95,749
"As-is" Value of Site Improvements = $ 5,000

Estimated Remaining Economic Life (if required): 51 Years
**INDICATED VALUE BY COST APPROACH = $ 116,109**

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM): The income approach was considered inapplicable, because insufficient data is available to develop both an estimated monthly market rent or a G.R.M.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 80,000   Cost Approach (if developed) $ 116,109   Income Approach (if developed) $

Final Reconciliation: Income approach is not applicable; the subject's market is mostly owner occupied. Data to develop a reliable income approach is not available. Sales comparison approach is the most reliable, because it reflects the buyers behavior for similar properties sold on the past year.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 80,000 , as of: September 1, 2021 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 19 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
- ☒ Scope of Work
- ☒ Limiting Cond./Certifications
- ☐ Narrative Addendum
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☐ Additional Sales
- ☐ Cost Addendum
- ☒ Flood Addendum
- ☐ Manuf. House Addendum
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions

Client Contact: _____   Client Name: Nelson Valentin Perez
E-Mail: _____   Address: Las Marias, PR

## SIGNATURES

**APPRAISER**

Appraiser Name: Viviana M. Gaudier Diez
Company: Real Estate Appraiser
Phone: (939) 642-1960   Fax:
E-Mail: vivianagaudier@hotmail.com
Date of Report (Signature): 09/22/2021
License or Certification #: 1269EPA   State: PR
Designation: Real Estate Appraiser
Expiration Date of License or Certification: 03/01/2024
Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None
Date of Inspection: September 1, 2021

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:   Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:   State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# Assumptions, Limiting Conditions & Scope of Work

File No.: 2021112

| | | | |
|---|---|---|---|
| Property Address: PR 119 Km. 52.1, Furnias Wd. | City: Las Marias | State: PR | Zip Code: 00670 |
| Client: Nelson Valentin Perez | Address: | | |
| Appraiser: Viviana M. Gaudier Diez | Address: #284 Haciendas de Miramar, Cabo Rojo, PR 00623 | | |

## STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

## SCOPE OF WORK
This is an Appraisal Report prepared under Standard Rule 2-2ga, pursuant to the Scope of Work, as disclosed below.

1. Receipt of the following documents as of the day of the inspection of the subject property: Legal Description
2. Collection of data pertaining to the physical and legal aspects of the subject property included visual inspection of the site and improvement and an analysis of the sale deed provided.
3. The neighborhood was studied with regards to access, noise, economic/ social composition, shopping, recreational facilities, vehicular traffic and utilities and services such as police and fire protection, electricity, sanitary and storm sewer etc. Other data pertaining the region and municipality was based on data published by the Commonwealth of Puerto Rico and the Census Bureau.
4. A search for comparable sales of competitive properties was undertaken to develop the Sales Comparison Approach for the site of the subject property. The data obtained of possible comparable sales was reviewed; the properties were visited and analyzed.
5. The Cost Approach was developed for the subject property.
6. The Sales Comparison Approach of similar improved properties was developed for the subject property to have an indication of value of the subject property by this approach.
7. The Income Approach was not developed for the subject property since it is not considered a income producing property.
8. Based on the analysis performed of subject property and its market area, the appraiser arrives at a final conclusion for the subject property market value in Fee Simple estate.

## HYPOTHETICAL CONDITION
It is defined as: a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to know facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. There are no hypothetical conditions in this appraisal.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# Certifications

| | |
|---|---|
| File No.: | 2021112 |
| Property Address: | PR 119 Km. 52.1, Furnias Wd. |
| City: | Las Marias |
| State: | PR |
| Zip Code: | 00670 |
| Client: | Nelson Valentin Perez |
| Address: | |
| Appraiser: | Viviana M. Gaudier Diez |
| Address: | #284 Haciendas de Miramar, Cabo Rojo, PR 00623 |

### EXTRAORDINARY ASSUMPTION

It is defined as: an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis. There is no extraordinary assumption in this appraisal.

### APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

### Additional Certifications:

This appraisal report shall not be used by the client for any other use than the stated above without having a written and signed consent of the appraisers. This appraisal report format is not accepted by financial institutions. The appraisal report format accepted by financial institutions is Freddie Mac Form 70, Fannie Mae Form 1004, dated 3/05. All information concerning site size, legal description and ownership was provided by the client and I consider the same to be truthful and correct even though I do not warrant the same.

I have not performed any prior services regarding the subject property, as an appraiser, or in any other capacity, within the 3 years period immediately preceding acceptance of this appraisal assignment. No court representation was agreed or accepted by this assignment. In the event of further court assistance additional charges will applied that will include rate per hour, travel and expenses.

Information reported in this appraisal about the condition of the property based on the observation made by **Javier S. Gutierrez**, of the property and what was disclosed to him or what I was aware of. **Neither Javier S. Gutierrez or me, are not a trained home inspector** and therefore would not be aware of any conditions that were no apparent or disclosed to me. I asked the property owner to disclose to me any information they have about any physical deficiencies or adverse condition that might affect the livability, soundness or structural integrity of the property. Unless indicated in the report, none were disclosed to me.

**The appraiser is not an expert in the identification of zoning violation.** The appraiser routine observation, of an inquiry about the subject property, did not develop any information that indicates any apparent zoning violation. If possible that inspection made by a qualified zoning expert would reveal the existence of zoning violation not identified by this appraiser.

### DEFINITION OF MARKET VALUE *:

A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal.
Comment: Forming an opinion of market value is the purpose of many real property appraisal assignments, particularly when the client's intended use includes more that one intended user. The conditions included in market value definitions establish market perspectives for development of the opinion. These conditions may vary from definition to definition but generally fall into three categories: 1. The relationship, knowledge, and motivation of the parties (i.e. seller and buyer); 2. the terms of sale (e.g. cash, cash equivalent, or other terms); and 3. the conditions of sale (e.g. exposure in a competitive market for a reasonable time prior to sale).
Definition taken from USPAP 2020-2021

| Client Contact: | | Client Name: | Nelson Valentin Perez |
|---|---|---|---|
| E-Mail: | | Address: | |

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *signed: Viviana M. Gaudier Diez* | |
| Appraiser Name: Viviana M. Gaudier Diez | Supervisory or Co-Appraiser Name: |
| Company: Real Estate Appraiser | Company: |
| Phone: (939) 642-1960  Fax: | Phone:  Fax: |
| E-Mail: vivianagaudier@hotmail.com | E-Mail: |
| Date Report Signed: 09/22/2021 | Date Report Signed: |
| License or Certification #: 1269EPA  State: PR | License or Certification #:  State: |
| Designation: Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 03/01/2024 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: September 1, 2021 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

## Subject Photo Page

| Client | Nelson Valentin Perez | | | | |
|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | |
| City | Las Marias | County 083 | | State PR | Zip Code 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | |



### Subject Front
PR 119 Km. 52.1, Furnias Wd.
Sales Price
G.L.A.     1,155
Tot. Rooms     6
Tot. Bedrms.     3
Tot. Bathrms.     2
Location     Suburban
View     Local/Residential
Site     768qm
Quality     Average
Age     51 yrs



### Subject Rear



### Subject Street

## Photograph Addendum

| Client | Nelson Valentin Perez | | | | | |
|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | |
| City | Las Marias | County | 083 | State PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | |


Porch


Humidity Signs in Ceiling


Carport


Living


Humidity Signs in Ceiling


Dining


Kitchen


Humidity Signs in Ceiling


Laundry


Humidity Signs in Ceiling


Hallway


Humidity Signs in Hallway Wall

## Photograph Addendum

| Client | Nelson Valentin Perez | | | | | |
|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | |
| City | Las Marias | County | 083 | State PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | |


Hallway Closet - Not Closet Door


Bath


Humidity Signs in Bath Wall


Humidity Signs in Bath Ceiling


Bedroom


Humidity Signs in Bedroom


Bedroom Closet


Bedroom


Bedroom Closet


Bedroom


Humidity Signs in Bedroom Ceiling


Bedroom Closet

# Photograph Addendum

| Client | Nelson Valentin Perez |
|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. |
| City | Las Marias | County | 083 | State | PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez |


Bath


Left Side View


Right Side View


Crawl Space
Exterior Wall Needs Painting


Crawl Space


Crawl Space


Side/Rear View


Utility


Utility


Humidity Signs in Utility Ceiling


Fallen Concrete Plaster in Utility Ceiling


Fallen Concrete Plaster in Utility Ceiling

# Photograph Addendum

| Client | Nelson Valentin Perez | | | | |
|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | |
| City | Las Marias | County | 083 | State PR | Zip Code 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | |



Humidity Signs in Utility Ceiling



Utility



Utility



Exterior View



Fallen Concrete Plaster and Humidity Signs in Eave



Exterior Walls Needs Paint

## Comparable Photo Page

| | |
|---|---|
| Client | Nelson Valentin Perez |
| Property Address | PR 119 Km. 52.1, Furnias Wd. |
| City | Las Marias |
| County | 083 |
| State | PR |
| Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez |



### Comparable 1
C-9 Inmaculada Concepcion
Proximity 1.27 miles SE
Sale Price 84,000
GLA 963
Total Rooms 6
Total Bedrms 3
Total Bathrms 2
Location Suburban
View Local/Residential
Site 314 sqm
Quality Average
Age 36 yrs



### Comparable 2
PR 435 Km. 0.1 Int., Lot A Calaba
Proximity 4.88 miles NE
Sale Price 75,000
GLA 1,126
Total Rooms 6
Total Bedrms 3
Total Bathrms 2.1
Location Suburban
View Local/Residential
Site 4222 sqm
Quality Average
Age 36 yrs



### Comparable 3
PR 345 Km. 8.6, Rosario Wd.
Proximity 8.36 miles SW
Sale Price 104,000
GLA 1,437
Total Rooms 6
Total Bedrms 3
Total Bathrms 2
Location Suburban
View Local/Residential
Site 5411 sqm
Quality Average
Age 20 yrs

## Location Map

| Client | Nelson Valentin Perez | | | | | |
|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | |
| City | Las Marias | County | 083 | State PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Building Sketch

| Client | Nelson Valentin Perez | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | | |
| City | Las Marias | County | 083 | State | PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | | |



**Area Calculations Summary**

**Living Area**
First Level                                         1154.55 Sq ft
**Total Living Area (Rounded):                      1155 Sq ft**
**Non-living Area**
Crawl Space                                         424.05 Sq ft
Laundry                                             162.96 Sq ft
1 Car Carport                                       253 Sq ft
Utility                                             1065.96 Sq ft
Porch                                               84.56 Sq ft

# Subject Property Legal Description

| Client | Nelson Valentin Perez | | | | | |
|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | |
| City | Las Marias | County | 083 | State | PR | Zip Code 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | |

------------------NUMERO DOCE------------------

------------------COMPRAVENTA------------------

-En la ciudad de Mayaguez Isla de Puerto Rico, a los once días del mes de mayo de mil novecientos setenta y uno.----------

------------------ANTE MI------------------

-JOSE M. MUÑOZ SILVA, Licenciado en Derecho y Notario Público de Puerto Rico, con vecindad, residencia y oficina abierta en la ciudad de Mayaguez, Puerto Rico.--------------

------------------COMPARECEN------------------

-DE UNA PARTE: Don OSCAR TORRES IRIZARRY, mayor de edad, Ingeniero Civil, soltero y vecino de Mayaguez, Puerto Rico, y de aquí en adelante denominado "El Vendedor".------

-Y DE OTRA PARTE: Don NELSON VALENTIN PEREZ y Doña PAULA ESTHER CAMPOS DE VALENTIN, mayores de edad, casados entre sí empleados ambos y vecinos de Las Marías, Puerto Rico, y de aquí en adelante denominados "Los Compradores".------------------------------------------------

-Del conocimiento personal de los comparecientes doy fe y, por sus dichos también la doy de su edad, estado, profesión y vecindad, Aseguran hallarse y, a mi juicio, se hallan con la capacidad legal necesaria para formalizar la presente escritura de COMPRAVENTA y en virtud, los comparecientes libremente:--------------------------------------------------

------------------EXPONEN------------------

-PRIMERO: Que el compareciente de la primera parte es dueño en pleno dominio de la siguiente propiedad:--------------

"Solar radicado en el Barrio Furnias de Las Marías, con una cabida superficial de setecientos sesenta y siete metros cuadrados con cincuenta y cinco céntimos de otro metro cuadrado (767.55 m.c.) y en lindes por el Norte con parcela a dedicarse a uso público para ensanche de la Carretera Estatal número ciento veinte (120) que de Mayaguez conduce a Las Marías, por

## Subject Property Legal Description

| Client | Nelson Valentin Perez | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | | |
| City | Las Marias | County | 083 | State | PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | | |



el Sur con la finca principal de la cual se segrega, por el Este con el solar número dos (2) del plano de inscripción y por el Oeste con terrenos de Pablo Pérez".----------

-Que dicha finca es segregación de una de mayor cabida inscrita al folio ciento quince vuelto (115) del tomo setenta y ocho (78) finca número mil treinta y tres (1,033) de Las Marías y fue segregada mediante escritura número once (11)---------- de once de mayo-----------de mil novecientos setenta y uno ante el Notario fedante previa autorización de la Junta de Planificación de Puerto Rico en el caso de lotificación número----- cuatro raya setenta y uno raya cero uno cinco cero espacio ls. (4-71-0150 ls.)-------------------------------y cuya segregación ha sido presentada y se encuentra pendiente de trámite en el - Registro de la Propiedad de Mayaguez, Puerto Rico.----------

-SEGUNDO: Que el vendedor por la presente vende el inmueble descrito en el apartado Primero de esta escritura a los compradores por el precio ajustado y convenido de DOS MIL DOSCIEN- TOS DOLARES ($2,200.00) suma que entregan los compradores al vendedor en este acto y en moneda de curso legal por lo que el vendedor otorga a favor de estos formal recibo y carta de pago.--------------------------------------------------

-TERCERO: Los comparecientes aceptan esta esctirua, digo, escritura en todas sus partes y yo, el Notario les hice las advertencias legales de rigor.----------------------------

-Leída íntegramente esta escritura por los otorgantes se ratifican en su contenido firmando y estampando además sus inicialesen todos los folios de la escritura matriz de todo lo cual yo, el Notario que firmo signo, rubrico y sello la presente escritura, CERTIFICO Y DOY FE:--------------------------------

-Firmados, Nelson Valentín Pérez: Paula EstherCampos de Valentín, Oscar Torres Irizarry, firmado signado rubricado y sellado: José M.Múñoz Silva, Notario Público. En el original estan cancelados los sellos

## Subject Property Zoning Map

| Client | Nelson Valentin Perez | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | | | |
| City | Las Marias | County | 083 | State | PR | Zip Code | 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | | | |



Form SCNLGH - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Property Catastro Digital

| Client | Nelson Valentin Perez | | | | |
|---|---|---|---|---|---|
| Property Address | PR 119 Km. 52.1, Furnias Wd. | | | | |
| City | Las Marias | County 083 | State PR | Zip Code 00670 |
| Appraiser | Viviana M. Gaudier Diez | | | | |

