**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **NELSON VALENTIN PEREZ** <br> **PAULA ESTHER CAMPOS COLON** <br><br> **xxx–xx–9444** <br> **xxx–xx–0998** <br><br> Debtor(s) | Case No. **21–01994 EAG** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 2/11/22 |

*ORDER*

The motion filed by the debtor requesting permission to initiate loss mitigation program and procedures (docket #36) is hereby granted .

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Friday, February 11, 2022 .

Edward A. Godoy
United States Bankruptcy Judge